1  James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
2  BERRY & LUSSIER
A Professional Corporation
3  1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
4  Telephone: (310) 557-8989
Facsimile:   (310) 788-0080
5  E-Mail:  jberry@bandlpc.com
E-Mail:  klussier@bandlpc.com
6

Attorneys for Plaintiff LIFTED RESEARCH GROUP,
7  INC.

8              THE UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  LIFTED RESEARCH GROUP, INC.,          ) Case No. SACV13-234-JVS(ANx)

11  a California corporation,             )
                                         ) **ORDER ENTERING STIPULATED**
12                                        ) **CONSENT PRELIMINARY**
        Plaintiff,                        ) **INJUNCTION ; ORDER**
13  v.                                    ) **CONFIRMING SEIZURE; AND**
                                         ) **ORDER LIFTING SEAL**
14                                        )
    CALTEX APPAREL, INC., a               )
15  California corporation, d/b/a         )
    JONATHAN K. APPAREL CO. d/b/a         )
16  JONATHAN K. APPAREL d/b/a             )
17  JONATHANK.COM, and DOES 1-10,         )
                                         )
18      Defendants.                       )
19                                        )
                                         )
20  _____   )

21

22

23

24

25

26

27

28

- 1 -
[PROPOSED] ORDER ENTERING STIPULATED CONSENT PRELIMINARY INJUNCTION
AND ORDER CONFIRMING SEIZURE

1   Having reviewed the Proposed Stipulated Consent Preliminary Injunction

2   and Order Confirming Seizure executed by Plaintiff, Lifted Research Group,

3   Inc. ("LRG") and Defendant, Caltex Apparel, Inc., a California corporation,

4   d/b/a Jonathan K. Apparel Co. d/b/a Jonathan K. Apparel d/b/a jonathank.com

5   (the "Defendant"), and good cause appearing therefor, it is hereby ORDERED

6   as follows:

7       1.      This Court has jurisdiction of the subject matter of all counts of this

8   action and over all of the named parties hereto.

9       2.      LRG is the owner of the following trademarks (the "LRG Marks")

10  in connection with high quality shirts:

BERRY & LUSSIER
A PROFESSIONAL CORPORATION

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
|  | 3,886,593 | December 7, 2010 | IC 03 - Fragrances for personal use and non-medicated toiletries, namely, cologne, eau de cologne |
| | | | IC 9 - Telecommunications products and accessories, namely, cellular phones, cell phones integrated with a personal data assistant |
| | | | IC 14 - Chronometric instruments, namely, watches |
| | | | IC 18 - Bags, namely, travel and overnight bags, gym bags, athletic bags, all purpose sport bags, knapsacks, wrist mounted carry all bags, shoulder bags, messenger bags, backpacks, wallets and billfolds |
| | | | IC 025 - Clothing, footwear, and headwear, namely t-shirts, woven shirts, casual tops with long and short sleeves, bodysuits, sweatshirts, sweaters, vests, blazers, jackets, coats, anoraks, parkas, |

- 2 -

| | | | |
|---|---|---|---|
| | | | jeans, pants, slacks, shorts, socks, belts, gloves, mittens, athletic shoes, slippers, sandals, swimwear, boxers, underwear, undershirts, ski wear, snow-board wear, baseball caps, hats, and beanies |
| L R G | 2,633,832 | October 15, 2002 | IC 025 - Hats, Shirts, Sweatshirts, Jackets, Shorts, and Pants |
| ℒ | 3,946,039 | April 12, 2011 | IC 18 - Bags, namely, gym bags, athletic bags, all purpose sport bags, purses<br><br>IC 25 - Clothing, and headwear, namely, t-shirts, woven shirts, casual tops with long and short sleeves, sweatshirts, sweaters, vests, blazers, jackets, coats, anoraks, parkas, jeans, pants, slacks, dresses, skirts, shorts, overalls, socks, belts, gloves, mittens, swimwear, pajamas, boxers, underwear, lingerie, panties, undershirts, ski wear, snowboard wear, baseball caps, hats, beanies, bandannas |

which are registered in International Class 25 and are used in connection with the manufacture and distribution of, among other things, high quality shirts (the "LRG Marks"). Additionally, LRG is the owner of United States Copyright Registration No.'s VA-1-772-662 (🎋), and VA-11397-403 ( 🐼 ) for the works in which LRG's copyrighted works appear (the "LRG Copyrights"). LRG's ownership and registration of the LRG Copyrights precedes Defendant's infringement as alleged herein.

3.     Defendant and its respective officers, agents, servants, employees, and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined, pending termination of this action, from, intentionally and/or knowingly:

- 3 -

BERRY & LUSSIER
A PROFESSIONAL CORPORATION

A.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods; bearing the LRG Marks and LRG Copyrights;

B.    using the LRG Marks and/or LRG Copyrights in connection with the sale of any unauthorized goods;

C.    using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendant as being sponsored by, authorized by, endorsed by, or in any way associated with the Plaintiff;

D.    using any reproduction, counterfeit, copy, or colorable imitation of the LRG Marks and/or LRG Copyrights in connection with the publicity, promotion, sale or advertising of any goods sold by the Defendant, including, without limitation, shirts;

E.    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent the Defendant's goods as being those of the Plaintiff, or in any way endorsed by the Plaintiff;

F.    offering such goods in commerce; and from otherwise unfairly competing with the Plaintiff;

G.    secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing,

- 4 -

BERRY & LUSSIER
A PROFESSIONAL CORPORATION

manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the LRG Marks and/or LRG Copyrights; and

H.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (G).

4.    The seizure effected on February 18, 2013 pursuant to this Court's Order is hereby confirmed and the hearing scheduled for February 22, 2013 at 9:00 a.m. is hereby canceled.

5.    The seal in this matter is hereby removed, and the Clerk is instructed to return this file to the public portion of the Court records.

6.    The bond posted by the Plaintiff in compliance with the Court's Order dated February 11, 2013 is hereby released.

**IT IS SO ORDERED.**

Dated: February 21, 2013          _____
                                                JAMES V. SELNA
                                                United States District Judge

CC:    FISCAL

- 5 -

[PROPOSED] ORDER ENTERING STIPULATED CONSENT PRELIMINARY INJUNCTION
AND ORDER CONFIRMING SEIZURE